```
1  Mark B. Hutton
   Lead Counsel
2  KS Bar #10112
   HUTTON & HUTTON LAW FIRM, L.L.C.
3  8100 East 22nd Street North
   Building 1200
4  P.O. Box 638 (67201)
   Wichita, KS 67226
5  Telephone: (316) 688-1166
   Fax: (316) 686-1077
6  Trial.Lawyers@huttonlaw.com
   Attorneys for Plaintiffs
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| This Document Relates To:<br><br>*Kim Ann Rumery, et al. v. Pfizer Inc, et al.* (07-0360 CRB)<br><br>*Roger L. Geis, et al. v. Pfizer Inc, et al.* (07-1471 CRB)<br><br>*Paula Deaton, et al. v. Pfizer Inc, et al.* (08-0705 CRB)<br><br>*Deanna K. Renyer, et al. v. Pfizer Inc, et al.* (08-3742 CRB) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//

//

//

-1-

each side bearing its own attorneys' fees and costs.

DATED: _____, 2010    By: *[signature: Mark B. Hutton]*

**HUTTON & HUTTON LAW FIRM, L.L.C.**
8100 East 22nd Street North Bldg. 1200
P.O. Box 638 (67201)
Wichita, KS 67226
Telephone: (316) 688-1166
Facsimile: (316) 686-1077
Trial.Lawyers@huttonlaw.com

*Attorneys for Plaintiffs*

DATED: Mar. 17, 2010    By: *[signature]*

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR - 5 2010    *[signature]*

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE